IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. SCHNUBB, a.k.a. KEVIN R. SCHRUBB,<br><br>    Plaintiff,<br><br>  vs.<br><br>V.J. SOLIS; T. BERLINGENI; P. NICKERSON,<br><br>    Defendants.                      / | No. C 13-4954 WHA (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Dkt. No. 5) |

This is a civil rights case brought pro se by a state prisoner. He has filed a motion to voluntarily dismiss his case. A plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(I). The motion is **GRANTED** and the case is **DISMISSED.**

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December   18  , 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE